UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CURTIS LEE MARTIN,                )
                                  )
       Plaintiff,                 )    No. 1:14-cv-00075
                                  )    Chief Judge Haynes
v.                                )
                                  )
DEPARTMENT OF PROBATION, *et al.*,)
                                  )
       Defendants.                )

## ORDER

Plaintiff Curtis Lee Martin, an inmate at the Lawrence County Jail in Lawrenceburg, Tennessee, filed this *pro se* action under 42 U.S.C. § 1983 against the Defendants: "Department of Probation" and probation officers Jamie Staggs and Angela Swanson, alleging that the Defendants violated Plaintiff's civil rights. (Docket No. 1).

Plaintiff submitted an application to proceed *in forma pauperis* (Docket No. 2). Upon review, of Plaintiff's application, Plaintiff lacks the resources to pay the filing fee. Therefore, the Clerk will **FILE** the complaint *in forma pauperis*. 28 U.S.C. § 1915(b). Accordingly, the Plaintiff is herewith assessed the three hundred and fifty dollars ($350.00) civil filing fee. 28 U.S.C. § 1914. Pursuant to 28 U.S.C. §§ 1915(b)(1), the custodian of the Plaintiff's inmate trust fund account at the institution where he now resides is directed to submit to the Clerk of Court, as an initial payment, whichever is greater:

   (a)   twenty percent (20%) of the average monthly deposits to the Plaintiff's inmate trust fund account; <u>or</u>

   (b)   twenty percent (20%) of the average monthly balance in the Plaintiff's inmate trust fund account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of the Plaintiff's preceding monthly

income, or income credited to the Plaintiff's inmate trust fund account for the preceding month, but only when his monthly income exceeds ten dollars ($10.00). 28 U.S.C. § 1915(b)(2). Payments shall continue until the $350.00 filing fee has been paid in full to the Clerk of Court. *Id.*

The Clerk is **DIRECTED** to send a copy of this order to the Sheriff of the Lawrenceburg County Jail to ensure that the custodian of the Plaintiff's inmate trust fund account complies with the portion of the Prison Litigation Reform Act that pertains to the payment of filing fees. Should the Plaintiff be transferred from his present place of confinement, the custodian of his inmate trust fund account shall ensure that a copy of this Order follows the Plaintiff to his new place of confinement. All payments made pursuant to this Order shall be forwarded to the Clerk of Court for the Middle District of Tennessee.

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice.**

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by § 1915(a)(3).

It is so **ORDERED**.

ENTERED this the _____ day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge